In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Mike Toper, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Harry Klash, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Frank Blasgoroski, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Simon Jojurski, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Joseph Turpin, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of John Genge, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Paul Flirk, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.